IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | CRIMINAL ACTION NO. |
| v.                         ) | 3:17cr103-MHT |
| ) | (WO) |
| CESAR HERNANDEZ-MORALES    ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 12, 2017, this court entered an order preliminarily forfeiting defendant Cesar Hernandez-Morales's interest in the following property to the United States: a Browning 6mm pistol, bearing serial number 184999. (doc no. 35);

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $ 1,000 and the only potential claimant is Hernandez-Morales.  The government gave Hernandez-Morales notice in the indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(5)(A); and

WHEREAS, the court finds that defendant Hernandez-Morales has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c). The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(5)(A).

It is ORDERED that the United States' motion for a final order of forfeiture (doc. no. 42) is granted as follows:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Browning 6mm pistol, bearing serial number 184999.

2. All right, title and interest to the property described above is condemned, forfeited and vested in the United States and shall be disposed of according to law.

3.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4.  The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 31st day of July, 2017.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**